**FILED**

AUG 2 2 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELONDA RENEE COLE,<br><br>      Petitioner,<br><br>vs.<br><br>HABEAS CORPUS,<br><br>      Respondent. | No. C 11-3581 LHK (PR)<br><br>ORDER OF TRANSFER |

Petitioner, proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner seeks habeas relief from her underlying criminal sentence from the Superior Court of Riverside County, which lies in the Central District of California. Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction or sentence are preferably heard in the district of conviction. *See* Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968). Here, the Central District of California is the both the district of conviction and the district of confinement. Accordingly, this case is TRANSFERRED to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1404(a). The Clerk shall transfer the entire file to the Central District of California.

IT IS SO ORDERED.

DATED: 8/22/11

_____
LUCY H. KOH
United States District Judge

Order of Transfer
P:\PRO-SE\SJ.LHK\HC.11\Cole581trans.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ELONDA RENEE COLE,

    Plaintiff,

v.

HABEAS CORPUS et al,

    Defendant.
_____/

Case Number: CV11-03581 LHK

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 22, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Elonda Renee Cole X16496
California Institution for Women
16756 Chino-Corona Road
Corona, CA 92880-9508

Dated: August 22, 2011

                                          Richard W. Wieking, Clerk
                                          /s/ By: Elizabeth Garcia, Deputy Clerk